Filed 4/1/15  In re Michael J. CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL J., a Person Coming Under the Juvenile Court Law. | D066278 |
| THE PEOPLE, | |
| Plaintiff and Respondent, | (Super. Ct. No. J231394) |
| v. | |
| MICHAEL J., | |
| Defendant and Appellant. | |

APPEAL from orders of the Superior Court of San Diego County, Robert Longstreth and Aaron H. Katz, Judges.  Affirmed.

Johanna S. Schiavoni, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

An amended petition alleged minor Michael J. came within the provisions of Welfare and Institutions Code section 602 because it alleged Michael attempted to steal

personal property, by mean of force and fear, from Deyanira G. (in violation of Pen. Code, §§ 211/664),[1] and assaulted her with force likely to cause great bodily injury (in violation of § 245, subd. (a)(4)), and assaulted another person with force likely to cause great bodily injury (in violation of § 245, subd. (a)(4)). Michael moved to suppress the evidence against him, alleging it was the fruit of an unlawful detention. After that motion was denied, the parties agreed to a disposition. Under the agreement, the prosecution filed an amended petition alleging only two counts—that Michael attempted to steal personal property, by mean of force and fear, from Deyanira G. (in violation of §§ 211/664), and Michael stole the property (in violation of § 487, subd. (c))—and Michael agreed to admit the count alleging violation of section 487, subdivision (c), in exchange for dismissal of the count alleging violation of section 211/664. The court, after determining Michael's waiver of his rights was knowing and voluntary and his admission to the factual basis for the plea was free and voluntary, sustained the petition, continued Michael as a ward of the court, and dismissed count one. The court also adopted the fast track recommendations and ordered Michael be detained in juvenile hall as part of the Breaking Cycles program for a maximum of 240 days. Thereafter, in an ex parte minute order, the court determined the overall maximum term of confinement was five years two months, and ordered all prior orders not in conflict remain in full force and effect.

---

1    All statutory references are to the Penal Code unless otherwise specified.

Michael filed a notice of appeal from the denial of his motion to suppress evidence and the jurisdictional findings. We affirm.

## FACTS

On May 22, 2014, Michael unlawfully stole and took personal property from Deyanira G.

## DISCUSSION

Appointed appellate counsel has filed a brief summarizing the proceedings below. Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738. Counsel has identified as possible issues: (1) whether the trial court erred in finding Michael was not unlawfully detained and therefore erred when it denied his motion to suppress the evidence against him; (2) whether Michael's custody credits were properly calculated; (3) whether the trial court properly calculated the maximum term of confinement; and (4) whether the probation conditions imposed on Michael were unconstitutionally vague or overbroad.

We granted Michael permission to file a supplemental brief on his own behalf, but he has not responded. A review of the record pursuant to *People v. Wende, supra,* 25 Cal.3d 436 and *Anders v. California, supra,* 386 U.S. 738 has disclosed no reasonably arguable appellate issues. Michael has been competently represented by counsel on this appeal.

DISPOSITION

The orders are affirmed.

McDONALD, J.

WE CONCUR:

HUFFMAN, Acting P. J.

IRION, J.